**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF VIRGIN ISLANDS

Case number *(if known)* _____     Chapter    **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Flamboyan on the Bay Resort and Villas LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **66-0828767** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6200 Magens Bay Road**<br>**St Thomas, VI 00802**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Saint Thomas**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://fbrvi.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Flamboyan on the Bay Resort and Villas LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

Debtor    **Flamboyan on the Bay Resort and Villas LLC**                    Case number *(if known)* _____
_____ Name

| List all cases. If more than 1, attach a separate list | Debtor | **See Attachment** | | Relationship | _____ |
|---|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?** *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Flamboyan on the Bay Resort and Villas LLC**                          Case number (*if known*) _____
      Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on   **June 20, 2025**
           MM / DD / YYYY

**X** */s/ Michael Shelby*                                  **Michael Shelby**
    Signature of authorized representative of debtor          Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X** */s/ Kevin F. D'Amour*                          Date   **June 20, 2025**
    Signature of attorney for debtor                         MM / DD / YYYY

**Kevin F. D'Amour**
Printed name

**Barnes, D'Amour & Vogel**
Firm name

**5143 Palm Passage**
**Suite 20C & 21C**
**St Thomas, VI 00802**
Number, Street, City, State & ZIP Code

Contact phone   **340 776-0777**          Email address   **kdamour@usvilawfirm.com**

**288 VI**
Bar number and State

Debtor   **Flamboyan on the Bay Resort and Villas LLC**
_____   Case number (*if known*) _____
Name

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF VIRGIN ISLANDS
_____

Case number (*if known*) _____   Chapter   **11**

☐ Check if this is an
    amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Magens Interval Resort, Inc.** | | Relationship to you | **Affiliate** |
| District | **United States Virgin Islands** | When | Case number, if known | |
| Debtor | **Magens Point, Inc** | | Relationship to you | **Afflliate** |
| District | **United States Virgin Islands** | When | Case number, if known | |
| Debtor | **MTS Suites, LLC** | | Relationship to you | **Affiliate** |
| District | **United States Virgin Islands** | When | Case number, if known | |
| Debtor | **Tropic Leisure Corp.** | | Relationship to you | **Affiliate** |
| District | **United State Virgin Islands** | When | Case number, if known | |
| Debtor | **Vidlot LLC** | | Relationship to you | **Affiliate** |
| District | **United States Virgin Islands** | When | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name      **Flamboyan on the Bay Resort and Villas LLC**

United States Bankruptcy Court for the:   DISTRICT OF VIRGIN ISLANDS

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 20, 2025**       *X* **/s/ Michael Shelby**
_____
Signature of individual signing on behalf of debtor

**Michael Shelby**
_____
Printed name

**Managing Member**
_____
Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Flamboyan on the Bay Resort and Villas LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF VIRGIN ISLANDS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Booking.com Oosterdokskade 163 1011 DL, Amsterdam, Nterlands** | | | | | | **$17,696.03** |
| **Interscope Security, Inc. P.O. Box 304543 St Thomas, VI 00803** | | | | | | **$9,180.00** |
| **Lt. Govenor's Office 5049 Kongens Gade St Thomas, VI 00802** | | **Hotel Room Tax** | **Disputed** | | | **$333,132.55** |
| **Lt. Governor's Office 5049 Kongens Gade St Thomas, VI 00802** | | **Gross Receipts Tax** | **Disputed** | | | **$150,291.39** |
| **MTS Suites LLC 6200 Magens Bay Road St Thomas, VI 00802** | | | | | | **$122,097.87** |
| **Small Business Adminstration P.O. Box3918 Portland, OR 97208** | | **Disaster COVID-19 Economic Injury** | **Contingent** | | | **$574,768.00** |
| **VI Bureau of Internal Revenue 6115 Estate Smith Bay Suite 2225 St Thomas, VI 00802** | | **Virgin Islands Withholding Tax** | **Disputed** | | | **$206,145.99** |
| **VI Bureau of Internal Revenue 6115 Estate Smith Bay Suite 2225 St Thomas, VI 00802** | | **7-Remainder, 7A, 7B, 7D Estate St. Joseph & Rosendahl, Great Northside Qtr, St. Thomas, VI** | | **$689,569.93** | **$0.00** | **Unknown** |

Debtor  **Flamboyan on the Bay Resort and Villas LLC**                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **VI Department of Labor 2353 Kronprindsens Gade St Thomas, VI 00802** | | **Department of Labor - Unemployment Insurance** | **Disputed** | | | **$58,394.59** |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 2

---

**Fill in this information to identify the case:**

Debtor name    **Flamboyan on the Bay Resort and Villas LLC**

United States Bankruptcy Court for the:   DISTRICT OF VIRGIN ISLANDS

Case number (if known) _____

☐ Check if this is an
     amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

---

**Part 1:**    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
         Copy line 88 from *Schedule A/B*..................................................................................    $          **0.00**

     1b. **Total personal property:**
         Copy line 91A from *Schedule A/B*.............................................................................    $          **183,455.90**

     1c. **Total of all property:**
         Copy line 92 from *Schedule A/B*..............................................................................    $          **183,455.90**

---

**Part 2:**    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $          **2,290,735.62**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $          **0.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..........................    +$          **1,471,706.42**

4.    **Total liabilities** ....................................................................................................
     Lines 2 + 3a + 3b          $          **3,762,442.04**

---

**Fill in this information to identify the case:**

Debtor name    **Flamboyan on the Bay Resort and Villas LLC**

United States Bankruptcy Court for the:    DISTRICT OF VIRGIN ISLANDS

Case number (if known)       

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$0.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    **Cash** | **Checking Account** | | **$9,911.06** |

4.    **Other cash equivalents** *(Identify all)*

| 5.    **Total of Part 1.** | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$9,911.06** |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

Debtor    **Flamboyan on the Bay Resort and Villas LLC**          Case number *(If known)* _____
          Name

| 11a. 90 days old or less: | **173,544.84** | - | **0.00** | = .... | **$173,544.84** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.     **Total of Part 3.**                                                            | **$173,544.84** |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    **Flamboyan on the Bay Resort and Villas LLC**    Case number *(If known)* _____
     Name

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Flamboyan on the Bay Resort and Villas LLC**        Case number *(If known)* _____
          <sub>Name</sub>

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,911.06 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $173,544.84 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $183,455.90 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $183,455.90 |

**Fill in this information to identify the case:**

Debtor name      **Flamboyan on the Bay Resort and Villas LLC**

United States Bankruptcy Court for the:    DISTRICT OF VIRGIN ISLANDS

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1   Internal Revenue Service**

Creditor's Name

**City View Plaza II
46 Carr 165, Suite 2000
Guaynabo, PR 00968**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**7-Remainder, 7A, 7B, 7C Estate St. Joseph & Rosendahl, Great Northside Qtr, St. Thomas VI**

Describe the lien
**Statutory Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$886,068.54** | **$0.00**

**2.2   Small Business Adminstration**

Creditor's Name

**P.O. Box3918
Portland, OR 97208**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**7-Remainder,7A, 7B, 7D Estate Dt. Jose and Rosendahl, Great Northside Qtr, St. Thomas, VI**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$715,097.15** | **$0.00**

Debtor    **Flamboyan on the Bay Resort and Villas LLC**          Case number (if known) _____
          _____
          Name

☐ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **VI Bureau of Internal Revenue** | Describe debtor's property that is subject to a lien | $689,569.93 | $0.00 |

Creditor's Name

**6115 Estate Smith Bay
Suite 2225
St Thomas, VI 00802**

Creditor's mailing address

**7-Remainder, 7A, 7B, 7D Estate St. Joseph & Rosendahl, Great Northside Qtr, St. Thomas, VI**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☐ No
☐ Yes. Specify each creditor,
   including this creditor and its
   relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,290,735.62 |

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name   **Flamboyan on the Bay Resort and Villas LLC**

United States Bankruptcy Court for the:   DISTRICT OF VIRGIN ISLANDS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Booking.com**<br>**Oosterdokskade 163**<br>**1011 DL, Amsterdam, Nterlands**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$17,696.03** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Interscope Security, Inc.**<br>**P.O. Box 304543**<br>**St Thomas, VI 00803**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,180.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Lt. Govenor's Office**<br>**5049 Kongens Gade**<br>**St Thomas, VI 00802**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **Hotel Room Tax**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$333,132.55** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Lt. Governor's Office**<br>**5049 Kongens Gade**<br>**St Thomas, VI 00802**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **Gross Receipts Tax**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$150,291.39** |

Debtor **Flamboyan on the Bay Resort and Villas LLC**                Case number (if known) _____
     Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,097.87 |
|---|---|---|---|

**MTS Suites LLC**
**6200 Magens Bay Road**
**St Thomas, VI 00802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $574,768.00 |
|---|---|---|---|

**Small Business Adminstration**
**P.O. Box3918**
**Portland, OR 97208**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Disaster COVID-19 Economic Injury**

Last 4 digits of account number  **7809**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206,145.99 |
|---|---|---|---|

**VI Bureau of Internal Revenue**
**6115 Estate Smith Bay**
**Suite 2225**
**St Thomas, VI 00802**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Virgin Islands Withholding Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,394.59 |
|---|---|---|---|

**VI Department of Labor**
**2353 Kronprindsens Gade**
**St Thomas, VI 00802**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Department of Labor - Unemployment Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + $ | 1,471,706.42 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 1,471,706.42 |

**Fill in this information to identify the case:**

Debtor name        **Flamboyan on the Bay Resort and Villas LLC**

United States Bankruptcy Court for the:    DISTRICT OF VIRGIN ISLANDS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Lease dated January 25, 2011 between Magen Point, Inc. and A.J.S. Dream St. Thomas LLC** |
|         State the term remaining | |
|         List the contract number of any government contract | **A.J.S. Dream St. Thomas LLC** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** |
|         State the term remaining | |
|         List the contract number of any government contract | **Alan and Jeanne Saalfrank 825 Ansley Dr Fort Wayne, IN 46804** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** |
|         State the term remaining | |
|         List the contract number of any government contract | **Alana Petraske 30 Jones St New York, NY 10014** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** |
|         State the term remaining | |
|         List the contract number of any government contract | **Amy Stout 2165 Isabella Dr. Chesapeake, VA 23321** |

Debtor 1  **Flamboyan on the Bay Resort and Villas LLC**                    Case number (*if known*) _____
First Name          Middle Name          Last Name

<span style="background-color:purple">　</span> **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Andrew and Debbie Pirkle**<br>**P.O. Box 2697**<br>**Big Spring, TX 79720** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Andrew Johnson**<br>**258 Sycamore St.**<br>**Buffalo, NY 14204** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bernadette Kohut**<br>**7 Sterling Dr.**<br>**New Milford, CT 06776** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Brenda and Niles Howard**<br>**516 Hardage Trace**<br>**Marietta, GA 30064** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Brenda and Niles Howard**<br>**516 Hardage Trace**<br>**Marietta, GA 30064** |

Debtor 1   **Flamboyan on the Bay Resort and Villas LLC**                              Case number *(if known)* _____
    First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Brian, Laura and Marc McKay**<br>**36 Manalapan Ave**<br>**Freehold, NJ 07728** |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Carl Neal**<br>**3401 Tipton Lane**<br>**Woodbridge, VA 22192** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Carole Lucas and Peter Cooney**<br>**27 Briar Circle**<br>**South Yarmouth, MA 02664** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Carole Svebakken**<br>**215 E. Ash**<br>**Three Oaks, MI 49218** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Dearline and Terry Wiliams**<br>**3818 Bell St**<br>**Wilson, NC 27893** |

| Debtor 1 | **Flamboyan on the Bay Resort and Villas LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Debra and Kelly Wilson** |
| | List the contract number of any government contract | | **8 West Wlanut St**<br>**Washington, IN 47501** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Dennis, Nancy and Kristin Straiter** |
| | List the contract number of any government contract | | **156 A South Forth ST.**<br>**Lehighton, PA 18235** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Diann Adams** |
| | List the contract number of any government contract | | **19 Woodlan Rd**<br>**Durham, ME 04222** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Donald Esler** |
| | List the contract number of any government contract | | **5955 Trigstad Rd**<br>**Aurora, MN 55705** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** | |
|---|---|---|---|
| | State the term remaining | | **Donald Esler** |
| | List the contract number of any government contract | | **5955 Trigstad Rd**<br>**Aurora, MN 55705** |

Debtor 1   **Flamboyan on the Bay Resort and Villas LLC**                    Case number (*if known*) _____
          First Name        Middle Name        Last Name

<span style="background-color:purple">   </span>   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Membership Contract**<br><br><br>**Elizabeth Scheidler**<br>**5024 Essex Dr.**<br>**Carmel, IN 46033** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Membership Contract**<br><br><br>**Elizabeth Scheidler & Jeffrey Wheeler**<br>**5024 Essex Dr.**<br>**Carmel, IN 46033** |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Membership Contract**<br><br><br>**Estate of Dr. Jerome Urban** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Membership Contract**<br><br><br>**Florance A. Greenstein**<br>**PMB 265**<br>**Brooklyn, NY 11236** |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Membership Contract**<br><br><br>**Garland Chambers**<br>**6822 Autumn Wood Lane**<br>**Roanoke, VA 24019** |

Debtor 1   **Flamboyan on the Bay Resort and Villas LLC**                          Case number (*if known*) _____
      First Name         Middle Name         Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Gene Cartier**<br>**1712 Farington Lane**<br>**Fayetteville, NC 28305** |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Gregory and Linda Carman**<br>**266 Main Street**<br>**Farmingdale, NY 11785** |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Guy and Diane Raymond**<br>**190 Old Cove Rd**<br>**Liverpool, NY 13090** |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Heather and Zane Hannold**<br>**1104 Stone Ferry Lane**<br>**Raleigh, NC 27606** |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** |
| State the term remaining | |
| List the contract number of any government contract | **Hoi Q. Le**<br>**44185 Glendora Drive**<br>**Fremont, CA 94539** |

Debtor 1  **Flamboyan on the Bay Resort and Villas LLC**
      First Name        Middle Name        Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | James Segelstrom<br>1006 Abbott St., West<br>Stillwater, MN 55082 |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | Janet Schuler, et. al |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | Jaohn & Mary Wallman<br>292 Emerald Bay<br>Moneta, VA 24121 |
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | Jerry Williams<br>3818 Bell St<br>Wilson, NC 27893 |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | John and Diana Choy<br>983 New Brunswick Ave<br>Rahway, NJ 07065 |

Debtor 1    **Flamboyan on the Bay Resort and Villas LLC**                      Case number (*if known*) _____
　　　　　First Name　　　Middle Name　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.35.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

State the term remaining

List the contract number of any government contract

**John and Moddy Harding**
**219 Pine St**
**Freeport, NY 11520**

---

**2.36.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

State the term remaining

List the contract number of any government contract

**John Kondracki**
**171 Tifton St**
**Advance, NC 27006**

---

**2.37.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

State the term remaining

List the contract number of any government contract

**John Primm**
**9191 North Lima Rd**
**Youngstown, OH 44514**

---

**2.38.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

State the term remaining

List the contract number of any government contract

**Joseph and Victoria Santa Maria**
**7102 Myrtlewood Lane**
**Spring Hill, FL 34606**

---

**2.39.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Contract**

State the term remaining

List the contract number of any government contract

**Joyce Chizick**
**P.O. Box 325**
**Lyndonville, NY 14098**

---

Debtor 1    **Flamboyan on the Bay Resort and Villas LLC**                                    Case number (*if known*) _____
        First Name        Middle Name        Last Name

<table>
<tr><td style="background:#4a0033;"> </td><td>**Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Judith and RB Hooks** <br> **18304 Walker Branch CT** <br> **Laurel, MD 20707** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Karen Mueller** <br> **2209 Harbor Dr** <br> **Bismarck, ND 58504** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Karen Mueller** <br> **2209 Harbor Dr** <br> **Bismarck, ND 58504** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kelly Wilson** <br> **8 West Walnut St** <br> **Washington, IN 47501** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Keri and Stanley Monokandilos** <br> **1037 Penninsula Ave** <br> **Tarpon Springs, FL 34689** |

Debtor 1    **Flamboyan on the Bay Resort and Villas LLC**                                Case number (*if known*) _____

  First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** | |
|---|---|---|---|
| | State the term remaining | | **Lars and Terrie Hallberg** |
| | List the contract number of any government contract | | **1408 Rebecca Lane**<br>**Saint Paul, MN 55122** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Louise Mary Jerrell and George Craig** |
| | List the contract number of any government contract | | **2741 N Salisbury**<br>**Apt #2303**<br>**Carmel, IN 46033** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Luis Despaigne** |
| | List the contract number of any government contract | | **2067 Independence Dr**<br>**New Windsor, NY 12553** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Marcia Simpson and Daniel Routley** |
| | List the contract number of any government contract | | **Three Tulip St**<br>**Wallaceburg, ON** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** | |
|---|---|---|---|
| | State the term remaining | | **Maria Andriotis** |
| | List the contract number of any government contract | | **32-23 163rd Street**<br>**Flushing, NY 11358** |

Debtor 1    **Flamboyan on the Bay Resort and Villas LLC**                                  Case number *(if known)* _____
_____First Name_____Middle Name_____Last Name___

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mark and Shrley Nicol**<br>**10417 Mount Sunapee Rd**<br>**Vienna, VA 22182** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mark Walker**<br>**5625 S. Dunrobin Dr,**<br>**Springfield, MO 65809** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Martin & Gifford**<br>**301 N Main St #2200**<br>**Winston Salem, NC 27101** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Marty & Rhonda Holt**<br>**130 Spring Creek Road**<br>**Troy, MO 63379** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Maylyne and Evan Kamidoi**<br>**821 North Z St**<br>**Lompoc, CA 93436-3815** |

| Debtor 1 | **Flamboyan on the Bay Resort and Villas LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** | |
|---|---|---|---|
| | State the term remaining | | **Monte & Regina Vent**<br>**17266 TWP HWY 58**<br>**Upper Sandusky, OH 43351** |
| | List the contract number of any government contract | | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** | |
|---|---|---|---|
| | State the term remaining | | **Nils & Brenda Howard**<br>**516 Hardage Trace**<br>**Marietta, GA 30064** |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Contract of Sale dated January 29, 2018 by and between Tropic Leisure Corporation, Magen's Interval Resort, Inc. and Magen's Point Inc. (the "Sellers") and NS II, LLC (the "Buyer") for the sale of property described as 7-Remainder, 7A, 7B, 7D Estate St. Joseph and Rosendahl, Great Northside Quarter, St. Thomas, US Virgin Islands for the Purchase Price $1,500,000 with a Closing Date of 135 days of the date of this Contract of Sale** | |
|---|---|---|---|
| | State the term remaining | | **NS II, LLC**<br>**605 E. Robinson Street**<br>**Suite 730**<br>**Orlando, FL 32801** |
| | List the contract number of any government contract | | |

Debtor 1  **Flamboyan on the Bay Resort and Villas LLC**                           Case number (*if known*) _____
    First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Patty L. Tigner, Trustee**<br>**P.O. Box2281**<br>**Lancaster, OH 43130** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Peter Cooney**<br>**27 Briar Circle**<br>**Boston, MA 02266-4000** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Peter White, Jr.**<br>**7390 SW 131 St**<br>**Miami, FL 33156-5370** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Philip and Barbara Fitzpatrick**<br>**26 Foxhunt Ct**<br>**Staten Island, NY 10301** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Phillip Huggett**<br>**W 4277 County Rd G**<br>**Ellsworth, WI 54011** |

Debtor 1    **Flamboyan on the Bay Resort and Villas LLC**                                      Case number (*if known*) _____
    First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.63.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

State the term remaining

List the contract number of any government contract

**Randall Goertzen**
**26427 High Banks Dr**
**Salisbury, MD 21801**

---

**2.64.** State what the contract or lease is for and the nature of the debtor's interest — **Lease dated May 16, 2013 between Magens Point Inc. and Resort Management Services, Inc.**

State the term remaining

List the contract number of any government contract

**Resort Manangement Services Inc**

---

**2.65.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

State the term remaining

List the contract number of any government contract

**Richard and Janice Godden**
**N 8036 900th St**
**River Falls, WI 54022**

---

**2.66.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

State the term remaining

List the contract number of any government contract

**Richard Knop**
**38320 Imperial Lane**
**Waukegan, IL 60087**

---

**2.67.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

State the term remaining

List the contract number of any government contract

**Richard Morabito**
**28567 Chatham**
**Grosse Ile, MI 48138**

---

Debtor 1  **Flamboyan on the Bay Resort and Villas LLC**
_____ First Name _____ Middle Name _____ Last Name _____    Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.68.** State what the contract or lease is for and the nature of the debtor's interest **Membership Contract** | |
| State the term remaining | |
| List the contract number of any government contract | **Robert Hordich 304 Stoney Creek Rd Clarks Summit, PA 18411** |
| **2.69.** State what the contract or lease is for and the nature of the debtor's interest **Membership Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Robyn and Bruce Ratliff 3459 Van Wie Dr. East Baldwinsville, NY 13027** |
| **2.70.** State what the contract or lease is for and the nature of the debtor's interest **Membership Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Roger Lombard and Terence Lamm 10965 1st Street Foley, MN 56329** |
| **2.71.** State what the contract or lease is for and the nature of the debtor's interest **Membership Contract** | |
| State the term remaining | |
| List the contract number of any government contract | **Sal Santore 1417 Lake Bass Drive Lake Worth, FL 33461** |
| **2.72.** State what the contract or lease is for and the nature of the debtor's interest **Membership Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Sand K Pepperman 36897 Almont Dr Sterling Heights, MI 48310** |

Debtor 1    **Flamboyan on the Bay Resort and Villas LLC**                                  Case number (*if known*) _____
　　　　　First Name　　　　　Middle Name　　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.73.** State what the contract or lease is for and the nature of the debtor's interest　　**Membership Agreement**

　　　State the term remaining

　　　List the contract number of any government contract

**Sandra Swaringen
171 Lakewood Drive
Wilkesboro, NC 28697**

---

**2.74.** State what the contract or lease is for and the nature of the debtor's interest　　**Membership Contract**

　　　State the term remaining

　　　List the contract number of any government contract

**Sarah O'Connor
1411 Wolftrap Run Rd
Vienna, VA 22180**

---

**2.75.** State what the contract or lease is for and the nature of the debtor's interest　　**Membership Contract**

　　　State the term remaining

　　　List the contract number of any government contract

**Sharon Hood
110 Country View Lane
Chalfont, MA 01891-4000**

---

**2.76.** State what the contract or lease is for and the nature of the debtor's interest　　**Membership Contract**

　　　State the term remaining

　　　List the contract number of any government contract

**Sharon Riek
70 Steeplechase Dr.
Racine, WI 53402**

---

**2.77.** State what the contract or lease is for and the nature of the debtor's interest　　**Diaster COVID-19 Economic Injury**

　　　State the term remaining

　　　List the contract number of any government contract　　9635567809

**Small Business Adminstration
P.O. Box3918
Portland, OR 97208**

---

Debtor 1    **Flamboyan on the Bay Resort and Villas LLC**                                    Case number *(if known)* _____
     First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.78.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Contract** | |
|   State the term remaining | |
|   List the contract number of any government contract | **Stanley Monokandilos**<br>**1037 Peninsula Ave**<br>**Tarpon Springs, FL 34689** |
| **2.79.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Contract** | |
|   State the term remaining | |
|   List the contract number of any government contract | **Susan Holder**<br>**2403 Copeland Rd**<br>**Tyler, TX 75701** |
| **2.80.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement** | |
|   State the term remaining | |
|   List the contract number of any government contract | **Tammy McIntyre**<br>**28 Gerenal Wooster Rd**<br>**Derby, CT 06418** |
| **2.81.** State what the contract or lease is for and the nature of the debtor's interest — **Lease dated January 11, 1984 between Magens Point Inc. and The Green Parrot, Inc.** | |
|   State the term remaining | |
|   List the contract number of any government contract | **The Green Parrot, Inc.** |
| **2.82.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Contract** | |
|   State the term remaining | |
|   List the contract number of any government contract | **Thomas Goodrich**<br>**2223 S. Lakeshore Dr**<br>**Albion, IN 46701** |

| Debtor 1 | **Flamboyan on the Bay Resort and Villas LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | Timothy and Sarah O'Connor |
| | List the contract number of any government contract | | 1411 Wolftrap Run Rd<br>Vienna, VA 22180 |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | Tom Gretchen |
| | List the contract number of any government contract | | 1107 Duncan Ave<br>Elgin, IL 60120 |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** | |
|---|---|---|---|
| | State the term remaining | | Wayne Degon |
| | List the contract number of any government contract | | 10 Willoughby Lane<br>Palmer, MA 01069 |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | William and Madaline Dillard |
| | List the contract number of any government contract | | 120 Providence Place<br>York, SC 29745 |

**Fill in this information to identify the case:**

Debtor name     **Flamboyan on the Bay Resort and Villas LLC**

United States Bankruptcy Court for the:     DISTRICT OF VIRGIN ISLANDS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **Flamboyan on the Bay Resort and Villas LLC**

United States Bankruptcy Court for the:    DISTRICT OF VIRGIN ISLANDS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                          04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | $722,961.85 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Flamboyan on the Bay Resort and Villas LLC | Case number *(if known)* | |

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | NS II, LLC v. Tropic Leisure Corp., Magens Interval Resort, Inc., Magens Point, Inc., Flamboyan on the Bay Resort & Villas, LLC MTS Suites, LLC, Vidlot, LIC ST-2020-CV-00191 | Action for Breach of Contract, Specific Performance and Declaratory Judgment | Superior Court of the Virgin Islands<br>Alexander A. Farrelly Justice Center<br>5400 Veteran's Drive, Sutie 1<br>St Thomas, VI 00802 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Flamboyan on the Bay Resort and Villas LLC**                                        Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

Debtor    **Flamboyan on the Bay Resort and Villas LLC**                    Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Debtor   **Flamboyan on the Bay Resort and Villas LLC**                          Case number *(if known)*

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Tracy Wayman**<br>**6200 Magens Bay Road**<br>**St Thomas, VI 00802** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

Official Form 207                     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                          page **5**

Debtor    **Flamboyan on the Bay Resort and Villas LLC**                                        Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Michael C. Shelby**<br>**6200 Magens Bay Road**<br>**St Thomas, VI 00802** | |
| 26c.2. **Tracy Wayman**<br>**6200 Magens Bay Road**<br>**St Thomas, VI 00802** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Shelby** | **6200 Magens Bay Road**<br>**St Thomas, VI 00802** | **Managing Member** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mercedes Shelby** | **6200 Magens Bay Road**<br>**St Thomas, VI 00802** | **Director** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **Flamboyan on the Bay Resort and Villas LLC**          Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Mercedes Shelby**<br>**6200 Magens Bay Road**<br>**St Thomas, VI 00802** | | | **Reimbursed Expenses made on behalf of the Debtor** |
| | Relationship to debtor<br>**Director** | | | |
| 30.2. | **Michael C. Shelby**<br>**6200 Magens Bay Road**<br>**St Thomas, VI 00802** | | | **Reimbursed expense made on behalf of the Debtor** |
| | Relationship to debtor<br>**Managing Member, Director** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2025**

**/s/ Michael Shelby**                          **Michael Shelby**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Virgin Islands

In re **Flamboyan on the Bay Resort and Villas LLC**       Case No. _____

                                                Debtor(s)             Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.     Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **50,000.00** |
| Prior to the filing of this statement I have received | $ | **2,500.00** |
| Balance Due | $ | **47,500.00** |

2.     The source of the compensation paid to me was:

         ■ Debtor      ☐ Other (specify):

3.     The source of compensation to be paid to me is:

         ■ Debtor      ☐ Other (specify):

4.     ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

         ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

         a.  [Other provisions as needed]

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 20, 2025**                               **/s/ Kevin F. D'Amour**
*Date*                                            **Kevin F. D'Amour**
                                                 *Signature of Attorney*
                                                 **Barnes, D'Amour & Vogel**
                                                   **5143 Palm Passage**
                                                   **Suite 20C & 21C**
                                                   **St Thomas, VI 00802**
                                                   **340 776-0777**
                                                   **kdamour@usvilawfirm.com**
                                                   *Name of law firm*

# United States Bankruptcy Court
## District of Virgin Islands

In re  __Flamboyan on the Bay Resort and Villas LLC__                          Case No.  _____
                                              Debtor(s)           Chapter  __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Michael Shelby**<br>**6200 Magens Bay Road**<br>**St Thomas, VI 00802** | **Membership Interest** | | **Sole Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  __June 20, 2025__                          Signature  __/s/ Michael Shelby__
                                                                   **Michael Shelby**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Virgin Islands

In re    **Flamboyan on the Bay Resort and Villas LLC**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 20, 2025**

**/s/ Michael Shelby**

**Michael Shelby/Managing Member**
Signer/Title

FLAMBOYAN ON THE BAY RESORT AND VILLAS, JOHNSON
6200 MAGENS BAY ROAD
ST THOMAS, VI 00802

ANDREWS JOHNSON
258 SYCAMORE ST.
BUFFALO, NY 14204

CAROLE LUCAS AND PETER CO
27 BRIAR CIRCLE
SOUTH YARMOUTH, MA 02664

KEVIN F. D'AMOUR
BARNES, D'AMOUR & VOGEL
5143 PALM PASSAGE
SUITE 20C & 21C
ST THOMAS, VI 00802

BERNADETTE KOHUT
7 STERLING DR.
NEW MILFORD, CT 06776

CAROLE LUCAS AND PETER CO
27 BRIAR CIRCLE
SOUTH YARMOUTH, MA 02664

A.J.S. DREAM ST. THOMAS LLC

BOOKING.COM
OOSTERDOKSKADE 163
1011 DL, AMSTERDAM, NTERLANDS

CAROLE SVEBAKKEN
215 E. ASH
THREE OAKS, MI 49218

ALAN AND JEANNE SAALFRANK
825 ANSLEY DR
FORT WAYNE, IN 46804

BRENDA AND NILES HOWARD
516 HARDAGE TRACE
MARIETTA, GA 30064

DEARLINE AND TERRY WILIAMS
3818 BELL ST
WILSON, NC 27893

ALAN AND JEANNE SAALFRANK
825 ANSLEY DR
FORT WAYNE, IN 46804

BRENDA AND NILES HOWARD
516 HARDAGE TRACE
MARIETTA, GA 30064

DEARLINE AND TERRY WILIAMS
3818 BELL ST
WILSON, NC 27893

ALANA PETRASKE
30 JONES ST
NEW YORK, NY 10014

BRENDA AND NILES HOWARD
516 HARDAGE TRACE
MARIETTA, GA 30064

DEBRA AND KELLY WILSON
8 WEST WLANUT ST
WASHINGTON, IN 47501

AMY STOUT
2165 ISABELLA DR.
CHESAPEAKE, VA 23321

BRIAN, LAURA AND MARC MCKAY
36 MANALAPAN AVE
FREEHOLD, NJ 07728

DEBRA AND KELLY WILSON
8 WEST WLANUT ST
WASHINGTON, IN 47501

ANDREW AND DEBBIE PIRKLE
P.O. BOX 2697
BIG SPRING, TX 79720

BRIAN, LAURA AND MARC MCKAY
36 MANALAPAN AVE
FREEHOLD, NJ 07728

DENNIS, NANCY AND KRISTIN S
156 A SOUTH FORTH ST.
LEHIGHTON, PA 18235

ANDREW AND DEBBIE PIRKLE
P.O. BOX 2697
BIG SPRING, TX 79720

CARL NEAL
3401 TIPTON LANE
WOODBRIDGE, VA 22192

DENNIS, NANCY AND KRISTIN S
156 A SOUTH FORTH ST.
LEHIGHTON, PA 18235

DIANN ADAMS
19 WOODLAN RD
DURHAM, ME 04222

GARLAND CHAMBERS
6822 AUTUMN WOOD LANE
ROANOKE, VA 24019

HOI Q. LE
44185 GLENDORA DRIVE
FREMONT, CA 94539

DIANN ADAMS
19 WOODLAN RD
DURHAM, ME 04222

GENE CARTIER
1712 FARINGTON LANE
FAYETTEVILLE, NC 28305

INTERNAL REVENUE SERVICE
CITY VIEW PLAZA II
46 CARR 165, SUITE 2000
GUAYNABO, PR 00968

DONALD ESLER
5955 TRIGSTAD RD
AURORA, MN 55705

GENE CARTIER
1712 FARINGTON LANE
FAYETTEVILLE, NC 28305

INTERSCOPE SECURITY, INC.
P.O. BOX 304543
ST THOMAS, VI 00803

DONALD ESLER
5955 TRIGSTAD RD
AURORA, MN 55705

GREGORY AND LINDA CARMAN
266 MAIN STREET
FARMINGDALE, NY 11785

JAMES SEGELSTROM
1006 ABBOTT ST., WEST
STILLWATER, MN 55082

DONALD ESLER
5955 TRIGSTAD RD
AURORA, MN 55705

GREGORY CARMAN
266 MAIN STREET
FARMINGDALE, NY 11785

JANET SCHULER, ET. AL

ELIZABETH SCHEIDLER
5024 ESSEX DR.
CARMEL, IN 46033

GUY AND DIANE RAYMOND
190 OLD COVE RD
LIVERPOOL, NY 13090

JAOHN & MARY WALLMAN
292 EMERALD BAY
MONETA, VA 24121

ELIZABETH SCHEIDLER & JEFFREY WHEELER
5024 ESSEX DR.
CARMEL, IN 46033

GUY RAYMOND
190 OLD COVE RD
LIVERPOOL, NY 13090

JERRY WILLIAMS
3818 BELL ST
WILSON, NC 27893

ESTATE OF DR. JEROME URBAN

HEATHER AND ZANE HANNOLD
1104 STONE FERRY LANE
RALEIGH, NC 27606

JOHN AND DIANA CHOY
983 NEW BRUNSWICK AVE
RAHWAY, NJ 07065

FLORANCE A. GREENSTEIN
PMB 265
BROOKLYN, NY 11236

HEATHER AND ZANE HANNOLD
1104 STONE FERRY LANE
RALEIGH, NC 27606

JOHN AND DIANA CHOY
983 NEW BRUNSWICK AVE
RAHWAY, NJ 07065

JOHN AND MODDY HARDING
219 PINE ST
FREEPORT, NY 11520

JUDITH AND RB HOOKS
18304 WALKER BRANCH CT
LAUREL, MD 20707

LARS AND TERRIE HALLBERG
1408 REBECCA LANE
SAINT PAUL, MN 55122

JOHN AND MODDY HARDING
219 PINE ST
FREEPORT, NY 11520

JUDITH AND RB HOOKS
18304 WALKER BRANCH CT
LAUREL, MD 20707

LOUISE MARY JERRELL
2741 N SALISBURY
APT #2303
CARMEL, IN 46033

JOHN KONDRACKI
171 TIFTON ST
ADVANCE, MA 02700-6000

KAREN MUELLER
2209 HARBOR DR
BISMARCK, ND 58504

LOUISE MARY JERRELL AND GE
2741 N SALISBURY
APT #2303
CARMEL, IN 46033

JOHN KONDRACKI
171 TIFTON ST
ADVANCE, NC 27006

KAREN MUELLER
2209 HARBOR DR
BISMARCK, ND 58504

LT. GOVENOR'S OFFICE
5049 KONGENS GADE
ST THOMAS, VI 00802

JOHN PRIMM
9191 NORTH LIMA RD
YOUNGSTOWN, OH 44514

KAREN MUELLER
2209 HARBOR DR
BISMARCK, ND 58504

LT. GOVERNOR'S OFFICE
5049 KONGENS GADE
ST THOMAS, VI 00802

JOHN PRIMM
9191 NORTH LIMA RD
YOUNGSTOWN, OH 44514

KELLY WILSON
8 WEST WALNUT ST
WASHINGTON, IN 47501

LUIS DESPAIGNE
2067 INDEPENDENCE DR
NEW WINDSOR, NY 12553

JOSEPH AND VICTORIA SANTA MARIA
7102 MYRTLEWOOD LANE
SPRING HILL, FL 34606

KERI AND STANLEY MONOKANDILOS
1037 PENNINSULA AVE
TARPON SPRINGS, FL 34689

LUIS DESPAIGNE
2067 INDEPENDENCE DR
NEW WINDSOR, NY 12553

JOSEPH AND VICTORIA SANTA MARIA
7102 MYRTLEWOOD LANE
SPRING HILL, FL 34606

KERI AND STANLEY MONOKANDILOS
1037 PENNINSULA AVE
TARPON SPRINGS, FL 34689

LUIS DESPAIGNE
2067 INDEPENDENCE DR
NEW WINDSOR, NY 12553

JOYCE CHIZICK
P.O. BOX 325
LYNDONVILLE, NY 14098

LARS AND TERRIE HALLBERG
1408 REBECCA LANE
SAINT PAUL, MN 55122

MARCIA SIMPSON AND DANIEL R
THREE TULIP ST
WALLACEBURG, ON

MARCIA SIMPSON AND DANIEL ROUTLEDGE
THREE TULIP ST
WALLACEBURG, ON

MONTE & REGINA VENT
17266 TWP HWY 58
UPPER SANDUSKY, OH 43351

PETER WHITE, JR.
7390 SW 131 ST
MIAMI, FL 33156-5370

MARIA ANDRIOTIS
32-23 163RD STREET
FLUSHING, NY 11358

MTS SUITES LLC
6200 MAGENS BAY ROAD
ST THOMAS, VI 00802

PHILIP AND BARBARA FITZPATR
26 FOXHUNT CT
STATEN ISLAND, NY 10301

MARK AND SHRLEY NICOL
10417 MOUNT SUNAPEE RD
VIENNA, VA 22182

NILS & BRENDA HOWARD
516 HARDAGE TRACE
MARIETTA, GA 30064

PHILIP AND BARBARA FITZPATR
26 FOXHUNT CT
STATEN ISLAND, NY 10301

MARK AND SHRLEY NICOL
10417 MOUNT SUNAPEE RD
VIENNA, VA 22182

NS II, LLC
605 E. ROBINSON STREET
SUITE 730
ORLANDO, FL 32801

PHILLIP HUGGETT
W 4277 COUNTY RD G
ELLSWORTH, WI 54011

MARK WALKER
5625 S. DUNROBIN DR,
SPRINGFIELD, MO 65809

NS II, LLC
605 E. ROBINSON STREET
SUITE 730
ORLANDO, FL 32801

PHILLIP HUGGETT
W 4277 COUNTY RD G
ELLSWORTH, WI 54011

MARTIN & GIFFORD
 301 N MAIN ST #2200
WINSTON SALEM, NC 27101

PATTY L. TIGNER, TRUSTEE
P.O. BOX2281
LANCASTER, ME 04313

RANDALL GOERTZEN
26427 HIGH BANKS DR
SALISBURY, MD 21801

MARTY & RHONDA HOLT
130 SPRING CREEK ROAD
TROY, MO 63379

PATTY L. TIGNER, TRUSTEE
P.O. BOX2281
LANCASTER, OH 43130

RANDALL GOERTZEN
26427 HIGH BANKS DR
SALISBURY, MD 21801

MAYLYNE AND EVAN KAMIDOI
821 NORTH Z ST
LOMPOC, CA 93436-3815

PETER COONEY
27 BRIAR CIRCLE
BOSTON, MA 02266-4000

RESORT MANANGEMENT SERVIC

MAYLYNE AND EVAN KAMIDOI
821 NORTH Z ST
LOMPOC, CA 93436-3815

PETER WHITE, JR.
7390 SW 131 ST
MIAMI, FL 33156-5370

RICHARD AND JANICE GODDEN
N 8036 900TH ST
RIVER FALLS, WI 54022

RICHARD AND JANICE GODDEN
N 8036 900TH ST
RIVER FALLS, WI 54022

ROGER LOMBARD AND TERENCE LAMB
10965 1ST STREET
FOLEY, MN 56329

SMALL BUSINESS ADMINSTRATI
P.O. BOX3918
PORTLAND, OR 97208

RICHARD KNOP
38320 IMPERIAL LANE
WAUKEGAN, IL 60087

SAL SANTORE
1417 LAKE BASS DRIVE
LAKE WORTH, FL 33461

SMALL BUSINESS ADMINSTRATI
P.O. BOX3918
PORTLAND, OR 97208

RICHARD KNOP
38320 IMPERIAL LANE
WAUKEGAN, IL 60087

SAND K PEPPERMAN
36897 ALMONT DR
STERLING HEIGHTS, MI 48310

SMALL BUSINESS ADMINSTRATI
P.O. BOX3918
PORTLAND, OR 97208

RICHARD MORABITO
28567 CHATHAM
GROSSE ILE, MI 48138

SAND K PEPPERMAN
36897 ALMONT DR
STERLING HEIGHTS, MI 48310

STANLEY MONOKANDILOS
1037 PENINSULA AVE
TARPON SPRINGS, FL 34689

RICHARD MORABITO
28567 CHATHAM
GROSSE ILE, MI 48138

SANDRA SWARINGEN
171 LAKEWOOD DRIVE
WILKESBORO, NC 28697

SUSAN HOLDER
2403 COPELAND RD
TYLER, TX 75701

ROBERT HORDICH
304 STONEY CREEK RD
CLARKS SUMMIT, PA 18411

SANDRA SWARINGEN
171 LAKEWOOD DRIVE
WILKESBORO, NC 28697

TAMMY MCINTYRE
28 GERENAL WOOSTER RD
DERBY, CT 06418

ROBYN AND BRUCE RATLIFF
3459 VAN WIE DR. EAST
BALDWINSVILLE, NY 13027

SARAH O'CONNOR
1411 WOLFTRAP RUN RD
VIENNA, VA 22180

TAMMY MCINTYRE
28 GERENAL WOOSTER RD
DERBY, CT 06418

ROBYN AND BRUCE RATLIFF
3459 VAN WIE DR. EAST
BALDWINSVILLE, NY 13027

SHARON HOOD
110 COUNTRY VIEW LANE
CHALFONT, MA 01891-4000

THE GREEN PARROT, INC.

ROGER LOMBARD
10965 1ST STREET
FOLEY, MN 56329

SHARON RIEK
70 STEEPLECHASE DR.
RACINE, WI 53402

THOMAS GOODRICH
2223 S. LAKESHORE DR
ALBION, IN 46701

TIMOTHY AND SARAH O'CONNOR
1411 WOLFTRAP RUN RD
VIENNA, VA 22180

WILLIAM DILLARD
120 PROVIDENCE PLACE
YORK, SC 29745

TIMOTHY AND SARAH O'CONNOR
1411 WOLFTRAP RUN RD
VIENNA, VA 22180

TOM GRETCHEN
1107 DUNCAN AVE
ELGIN, IL 60120

TOM GRETCHEN
1107 DUNCAN AVE
ELGIN, IL 60120

VI BUREAU OF INTERNAL REVENUE
6115 ESTATE SMITH BAY
SUITE 2225
ST THOMAS, VI 00802

VI BUREAU OF INTERNAL REVENUE
6115 ESTATE SMITH BAY
SUITE 2225
ST THOMAS, VI 00802

VI DEPARTMENT OF LABOR
2353 KRONPRINDSENS GADE
ST THOMAS, VI 00802

WAYNE DEGON
10 WILLOUGHBY LANE
PALMER, MA 01069

WILLIAM AND MADALINE DILLARD
120 PROVIDENCE PLACE
YORK, SC 29745

# United States Bankruptcy Court
## District of Virgin Islands

In re    **Flamboyan on the Bay Resort and Villas LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Flamboyan on the Bay Resort and Villas LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 20, 2025**

Date

**/s/ Kevin F. D'Amour**

**Kevin F. D'Amour**

Signature of Attorney or Litigant

Counsel for   **Flamboyan on the Bay Resort and Villas LLC**

**Barnes, D'Amour & Vogel**
**5143 Palm Passage**
**Suite 20C & 21C**
**St Thomas, VI 00802**
**340 776-0777**
**kdamour@usvilawfirm.com**